SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 13 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26cr1 CWR-LGI

DERRICK DEMOND EPPS

ORDER GRANTING MOTION TO SEAL

For the reasons stated in the government's Motion to Seal, the Court grants the motion.

IT IS HEREBY ORDERED that the file and all documents filed herein including but not limited to the Indictment and Return be sealed, as well as the Motion and this Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshals Service and/or the United States Attorney's Office shall make copies of the indictment, warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same as needed to facilitate the arrest and detention of the Defendant.

ORDERED this 13th day of January 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE