IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 13 2026
ARTHUR JOHNSTON
BY ________ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26cr1 CWR-LGI

DERRICK DEMOND EPPS 18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

That on or about September 14, 2025 in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **DERRICK DEMOND EPPS,** knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**NOTICE OF SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))**

Before **DERRICK DEMOND EPPS** committed the offenses charged in the count, **DERRICK DEMOND EPPS** had at least three previous convictions for offenses committed on occasions different from one another.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant, **DERRICK DEMOND EPPS**, shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been

transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

**One (1) Taurus Pistol, Model: G3C, CAL: 9mm, Serial No. 1KA13626;**

All pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of January 2026.

UNITED STATES MAGISTRATE JUDGE