PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 13 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26cr1 CWR-LGI

DERRICK DEMOND EPPS
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 13th day of January 2026.

This the 13th day of January 2026.

J.E. BAXTER KRUGER
United States Attorney

By: [signature]
C. BRETT GRANTHAM
Assistant U.S. Attorney
MSB #105201

Warrant issued:________________

(CBG/ATF)