UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jan 28 2026
ARTHUR JOHNSTON, CLERK
By: ______, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-1-CWR-LGI

DERRICK DEMOND EPPS

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This cause coming on for hearing on application of the United States Attorney for a Writ of Habeas Corpus Ad Prosequendum, and it appearing to the Court that the defendant, DERRICK DEMOND EPPS, now detained in the Hinds County Detention Center, Raymond, Mississippi, and it further appearing to the Court that an orderly administration of justice requires the production of the defendant, for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

IT IS THEREFORE ORDERED, that the Writ of Habeas Corpus Ad Prosequendum be granted and that the Clerk of the United States District Court for the Southern District of Mississippi, be and is hereby ordered and directed to issue a Writ of Habeas Corpus Ad Prosequendum to be served on the Hinds County Detention Center, Raymond, Mississippi, for delivery of the defendant, DERRICK DEMOND EPPS, to any United States Marshal, his deputy, or federal agent, to have the defendant before the United States District Court for the Southern District of Mississippi at Jackson, Mississippi, as soon as possible for certain proceedings in this cause beginning on February 17, 2026 at 9:00 a.m., and all other times required, it being ordered specifically herein that this Order shall remain in full force and effect for delivery of the defendant to this Court at proceedings conducted in this cause, and that the defendant remain until disposition of proceedings, as may be required by the Court, after which any United States Marshal, his deputy, or federal agent, shall return the defendant, DERRICK DEMOND EPPS, to the Hinds County Detention Center, Raymond, Mississippi.

ORDERED this the 28TH day of January, 2026.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE