UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 17 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 3:26-cr-00001-CWR-LGI-1

DERRICK DEMOND EPPS

**ORDER APPOINTING COUNSEL**

The Defendant has satisfied the Court after appropriate inquiry that he (1) does not wish to waive representation by counsel and requests appointment of counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and this appointment shall remain in effect until terminated or until a substitute attorney is appointed or retained.

SO ORDERED, February 17th, 2026.

LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE