IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO. 3:26CR1-CWR-LGI

DERRICK DEMOND EPPS

**NOTICE OF INTENT TO PLEAD GUILTY**

COMES NOW the Defendant, Derrick Demond Epps, by and through the undersigned counsel of record, Princess Abby, Assistant Federal Public Defender, and notifies the Court and the United States Attorney's office of his intent to enter a plea of guilty in this matter.

Respectfully submitted this the 7th day of April, 2026.

DERRICK DEMOND EPPS, Defendant

BY: *s/ Princess Abby*

Assistant Federal Public Defender
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
MB#106000

**CERTIFICATE OF SERVICE**

I, Princess Abby, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 7th day of April, 2026.

*s/ Princess Abby*
Assistant Federal Public Defender